UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-24694-BLOOM/Otazo-Reyes

IBALDO ARENCIBIA,

    Plaintiff,

v.

AGA SERVICE COMPANY, *et al.*,

    Defendants.

_____/

# FINAL JUDGMENT

**THIS CAUSE** is before the Court upon Defendants AGA Service Company and Jefferson Insurance Company's (collectively, "Defendants") Motion to Dismiss Amended Class Action Complaint, ECF No. [107] ("Motion"). For the reasons discussed in the Court's Order, ECF No. [125], the Court **GRANTS** the Motion and, pursuant to Rule 58 of the Federal Rules of Civil Procedure, enters **FINAL JUDGMENT** in favor of Defendants and against Plaintiff Ibaldo Arencibia on all claims asserted against Defendants in his Amended Class Action Complaint, ECF No. [84].

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 8, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record